```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 05 B 27565
   ERIKA L ROCK
                                                 CHAPTER 13

                                                 JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-5932


-------------------------------------------------------------------------------
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 07/12/05 and confirmed on 09/19/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  28800.00 .

   4.  The Trustee made disbursements to creditors as follows:


-------------------------------------------------------------------------------
CREDITOR NAME                CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                              PAID           PAID
-------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS   CURRENT MORTG           .00             .00             .00
COUNTRYWIDE HOME LOANS   MORTGAGE ARRE       3500.00             .00         3500.00
NATIONAL CAPITAL MGMT LL SECURED                .00             .00             .00
WELLS FARGO FINANCIAL IN SECURED            1025.62           59.03         1025.62
CITICARDS PRIVATE LABEL  SECURED                .00             .00             .00
ING RELIASTAR LIFE INS   UNSECURED         NOT FILED            .00             .00
CONCORD SERVICING CORP   UNSECURED         NOT FILED            .00             .00
CAPITAL ONE BANK         UNSECURED          1160.97             .00          191.51
CATHERINES               UNSECURED         NOT FILED            .00             .00
RESURGENT CAPITAL SERVIC UNSECURED          1456.31             .00          240.22
PORTFOLIO RECOVERY ASSOC UNSECURED          9936.49             .00         1639.05
ILLINOIS STUDENT ASSIST  UNSECURED         98349.36             .00        16223.01
NEXTCARD                 UNSECURED         NOT FILED            .00             .00
ORCHARD BANK             UNSECURED         NOT FILED            .00             .00
ECAST SETTLEMENT CORP    UNSECURED          4333.01             .00          714.74
MARSHALL FIELD           UNSECURED           621.28             .00          102.48
RESURGENT CAPITAL SERVIC UNSECURED          3572.36             .00          589.27
ECAST SETTLEMENT CORPORA UNSECURED          2136.03             .00          352.34
ECAST SETTLEMENT CORPORA UNSECURED          3838.63             .00          633.19

CREDITOR NAME                CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                              PAID           PAID
-------------------------------------------------------------------------------
     Summary of disbursements:
-------------------------------------------------------------------------------
                  SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
TOTAL CLMS ALLOWED   4525.62        .00    125404.44         .00     129930.06
PRINCIPAL PAID       4525.62        .00     20685.81         .00      25211.43
INTEREST PAID          59.03        .00          .00         .00          59.03
TOTAL PAID           4584.65        .00     20685.81         .00      25270.46
```

The Debtor's attorney, JOHN A REED                    , was allowed $   2700.00 and was paid $    406.00  direct and $   2294.00  through the plan.

The Trustee received $   1235.54 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 10/08/08                         /S/
                                            GLENN STEARNS
                                            CHAPTER 13 TRUSTEE